IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **LEWIS E. WHITE, Jr., #K62996,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| vs. | ) Case No. 24-cv-01831-SMY |
| | ) |
| **CRYSTAL CROW,** | ) |
| **JOHN/JANE DOE 1-5,** | ) |
| **A. MORRIS,** | ) |
| **LATOYA HUGHES, and** | ) |
| **REBECCA RIGGS,** | ) |
| | ) |
| **Defendants.** | ) |

## JUDGMENT IN A CIVIL CASE

This action came before the Court, District Judge Staci M. Yandle, and the following decision was reached:

**JUDGMENT IS HEREBY ENTERED AGAINST** Plaintiff and **IN FAVOR OF** Defendants. Plaintiff shall recover nothing, and the action is **DISMISSED** without prejudice, the parties to bear their own costs.

**DATED**: September 23, 2024

                MONICA A. STUMP
                CLERK of COURT

                By: _s/ Megan Moyers,_
                   Deputy Clerk

APPROVED: _**s/ Staci M. Yandle**_
       Staci M. Yandle
       United States District Judge